FILED

01/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0438

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0438

HAMILTON SOUTHSIDE HISTORIC
PRESERVATION ASSOCIATION,

      Petitioner/Appellant,

vs.

ZONING BOARD of ADJUSTMENT of the
CITY of HAMILTON,

      Respondent/Respondent.

and,

ROMAN CATHOLIC BISHOP of HELENA,
a religious corporation sole,

      Respondent/Respondent.

)
)
)
)
)
)
)
)
)

**Order**

      Upon consideration of Petitioner/Appellants unopposed motion for an extension of time, and good cause appearing, Petitioner/Appellant, Hamilton Southside Historic Preservation Association is granted an extension of time to and including February 8, 2023, within which to prepare, serve, and file its consolidated reply brief.

      Supreme court of the State of Montana, by

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 12 2023